UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMANTHA RAJAPAKSE,

          Plaintiff,

v.

TRUEBLUE, et al.,

          Defendants.

CASE NO. 3:22-CV-5785-RAJ

ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 5) is GRANTED.

The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

Dated this 2nd day of November, 2022.

                                                */s/ David W. Christel*
                                                David W. Christel
                                                United States Magistrate Judge