UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA RAJAPAKSE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRUEBLUE et al.,<br><br>　　　　　　Defendants. | CASE NO. C22-5785-KKE<br><br>ORDER DENYING MOTION FOR RECONSIDERATION, TERMINATING MOTION TO AMEND COMPLAINT, AND REFERRING CASE TO MAGISTRATE JUDGE |

The Parties came before the court on October 18, 2023, for a status conference. After hearing from both parties, it is HEREBY ORDERED:

Plaintiff's motion for reconsideration (Dkt. No. 88) is DENIED without prejudice.

Plaintiff's motion to amend complaint (Dkt. No. 94) is TERMINATED and all response deadlines associated with this motion are VACATED. Per the agreement of the Parties in open court, Defendants shall re-serve their initial discovery responses to Plaintiff.

Per Plaintiff's request and with Defendants' consent, the Court will refer this matter to a Magistrate Judge to conduct a settlement conference. As discussed at the status conference, the Parties are encouraged to refrain from additional motions practice pending completion of the

ORDER DENYING MOTION FOR RECONSIDERATION, TERMINATING MOTION TO AMEND COMPLAINT, AND REFERRING CASE TO MAGISTRATE JUDGE - 1

settlement conference.  The Court will issue an amended case scheduling order resetting the trial date and associated deadlines.

Dated this 19th day of October, 2023.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION, TERMINATING MOTION TO AMEND COMPLAINT, AND REFERRING CASE TO MAGISTRATE JUDGE - 2