UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA RAJAPAKSE,<br><br>    Plaintiff,<br><br>    v.<br><br>TRUEBLUE et al.,<br><br>    Defendants. | CASE NO. C22-5785-KKE<br><br>ORDER DENYING PLAINTIFF'S MOTIONS |

This matter comes before the Court on three motions filed by Plaintiff. Dkt. Nos. 108, 127, 138. The Parties came before the Court on February 28, 2024, to discuss the pending motions and the status of the case. After hearing from both parties, it is HEREBY ORDERED:

Plaintiff's motion for discovery (Dkt. No. 108) is DENIED as moot.

Plaintiff's motion to amend complaint (Dkt. No. 127) is DENIED for the reasons stated on the record.

Plaintiff's emergency motion for writ of mandamus (Dkt. No. 138) is DENIED as moot.

Both parties represented they would be filing dispositive motions by the March 4, 2024 deadline. To be clear, to the extent either party files a motion under Federal Rule of Civil Procedure 56(d), the Court will evaluate such motion under the applicable standard. *See Spencer*

ORDER DENYING PLAINTIFF'S MOTIONS - 1

*v. Peters*, 907 F. Supp. 2d 1221, 1227–28 (W.D. Wash. 2012) ("The party seeking such a continuance must make (a) a timely application which (b) specifically identifies (c) relevant information, (d) where there is some basis for believing that the information sought actually exists.").

The Court's current case schedule will remain in effect.

Dated this 28th day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER DENYING PLAINTIFF'S MOTIONS - 2