UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA RAJAPAKSE,<br>    Plaintiff,<br> v.<br>TRUEBLUE et al.,<br>    Defendants. | CASE NO. C22-5785-KKE<br><br>ORDER GRANTING MOTION TO STRIKE TRIAL DATE AND PRETRIAL DEADLINES |

   Pursuant to Local Civil Rule16(b)(6), Defendants move to strike the current trial date and to stay all remaining case deadlines because their motion for summary judgment on all claims is pending. Dkt. No. 152. Defendants argue that the Court's forthcoming adjudication of Defendants' motion will resolve or significantly narrow the issues for the currently scheduled July 1, 2024 bench trial, and will therefore impact the content of their pretrial submissions, which are due in the coming weeks. While Plaintiff opposes the extension (Dkt. No. 154), the Court finds there is good cause to strike the current trial date and pending deadlines. *See* Fed. R. Civ. P. 16(b)(4). To the extent any claims survive summary judgment, a new case schedule will be issued.

   Accordingly, Defendants' motion is GRANTED. Dkt. No. 152. The Clerk is instructed to strike the trial date and all pending pretrial deadlines.

   Dated this 24th day of May, 2024.

Kymberly K. Evanson
United States District Judge