UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA RAJAPAKSE,<br><br>                Plaintiff,<br><br>    v.<br><br>TRUEBLUE et al.,<br><br>                Defendants. | CASE NO. C22-5785-KKE<br><br>ORDER DENYING MOTION FOR RECORDING |

This matter comes before the Court on Plaintiff's Motion to Turn Over Video Recordings of Conferences. Dkt. No. 161. Plaintiff seeks video or audio recordings of the hearings held on October 18, 2023 (Dkt. No. 95) and February 28, 2024 (Dkt. No. 143) in order to "submit to the court of appeals in this matter as well as post the hearings to her YouTube channel." *Id.* at 4. The Court does not create video or audio recordings of any hearings, therefore, no such recordings exist.

To the extent Plaintiff seeks a transcript of any hearing, she must use the Transcript Order Form on the Court's website and follow the directions on that form. Plaintiff's motion is therefore DENIED.

Dated this 24th day of September, 2024.

Kymberly K. Evanson
United States District Judge